UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMUR NABIEV,** | : | |
| **Petitioner** | : | CIVIL ACTION NO. 3:26-446 |
| v. | : | (JUDGE MANNION) |
| **WARDEN, LEWISBURG FCI,** *et al.*, | : | |
| **Respondents** | : | |

## ORDER

Presently before the court is petitioner Timur Nabiev's emergency motion to stay his transfer from FCI Lewisburg to an immigration detention facility in Illinois, pending the resolution of his 28 U.S.C. §2241 habeas petition in this court. (**Doc. 2**).

The All Writs Act provides that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. §1651(a). Courts "around the country have used their inherent authority under the All Writs Act to enjoin the transfer or removal of noncitizens while their habeas petitions are pending." *Mejia v. Cabezas*, 2025 WL 3544345, at *1 (D.N.J. Nov. 14, 2025) (citing *Rivera Zumba v. Bondi*, No. 25-cv-14626, 2025 WL 2476524, at *8 (D.N.J. Aug. 28, 2025);

*Arostegui-Maldonado v. Baltazar*, --F.Supp.3d--, No. 25-cv-2205, 2025 WL 2280357, at *16 (D.Colo. Aug. 8, 2025) (relying on the All Writs Act to enter an injunction preventing immigration detainee's transfer out of the District of Colorado during the pendency of his habeas action); *Abrego Garcia v. Noem*, No. 8:25-cv-00951, 2025 WL 2062203, at *6 (D. M.D. Jul. 23, 2025) (relying on the All Writs Act to limit petitioner's transfer to three nearby districts)).

Thus, pursuant to the court's authority under the All Writs Act, **IT IS HEREBY ORDERED** that Petitioner's motion is **GRANTED**. Accordingly, Immigration and Customs Enforcement is **ORDERED** to maintain Petitioner's custody at FCI Lewisburg until further court order.

**MALACHY E. MANNION**
**United States District Judge**

DATE: 2/24/26
26-446-01